IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun J. Rice

Criminal Case No.: 07-po-00020-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDERICK G. MUCKERMAN,

    Defendant.

---

ORDER GRANTING GOVERNMENT'S MOTION FOR
ISSUANCE OF ARREST WARRANT

---

    IT IS HEREBY ORDERED that warrant be issued for the Defendant.  The Court finding probable cause having been found for issuance of warrant.

    Warrant to issue.

    Dated this 16th day of August, 2007.

                              BY THE COURT:

                              s/ Gudrun J. Rice

                              Gudrun J. Rice
                              United States Magistrate Judge